UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-cr-110 |
| vs. | ) | |
| | ) | |
| MARY REVELS | ) | JUDGE COLLIER/CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on November 1, 2010, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Steve Neff for the USA.
(2) The defendant, Mary Revels.
(3) Attorney Marty Levitt for defendant.
(4) U.S. Probation Officer Mike Stuart.
(5) Courtroom Deputy Kelli Jones.

The defendant was advised of the allegations contained in the Petition for Action on Conditions of Pretrial Release.

The Petition for Action on Conditions of Pretrial Release alleges the defendant may have violated the conditions of her release by her being terminated from the OASIS program on October 27, 2010. The Court finds defendant violated her conditions of release but will allow continued bond as set out in the Modified Conditions of Release. The Court will therefore DISMISS the Petition for Action on Conditions of Pretrial Release and allow the defendant to remain on bond.

SO ORDERED.

ENTER.

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE