UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-CR-110 |
| v. | ) | |
| | ) | |
| MARY REVELS | ) | COLLIER/CARTER |

REPORT AND RECOMMENDATION

A March 4, 2011, letter from Joe Keffer, Warden of the Federal Bureau of Prisons,

Federal Medical Center at Carswell and Forensic Evaluation of defendant were received by the

undersigned Court. It is the opinion of the examiner that defendant is presently competent to

stand trial, is fully aware of the nature and potential consequences of the pending criminal

charges, and is also capable of properly assisting in her defense.

A waiver of competency hearing was filed on July 11, 2011 (Doc. 342). The Court

RECOMMENDS on the basis of the waiver and the report that defendant Mary Revels be found

competent to stand trial.[1]

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

---

[1]Any objections to this Report and Recommendation must be served and filed within
fourteen (14) days after service of a copy of this recommended disposition on the objecting party.
Such objections must conform to the requirements of Rule 59(b)(2) of the Federal Rules of
Criminal Procedure. Failure to file objections within the time specified waives the right to
appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 88 L.Ed.2d 435, 106 S.Ct. 466
(1985). The district court need not provide *de novo* review where objections to this report and
recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir.
1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of
Teachers*, 829 F.2d 1370 (6th Cir. 1987).